# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERESA RAMOS                                      NO.   2022 CW 0577

VERSUS

LISA LONGMIRE

    CONSOLIDATED WITH

LISA LONGMIRE

VERSUS                                            **AUGUST 2, 2022**

SHANE BRAY

---

In Re:    Lisa Longmire, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 712052 c/w 712106.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT NOT CONSIDERED.** The writ application does not contain a transcript of the hearing held on April 8, 2022, and this court requires a copy of the hearing transcript.

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9.

    In the event relator seeks to file a new application with this court, it must contain all required items, including the missing documentation noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before September 2, 2022 and must contain a copy of this ruling.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_a.s.ω_

---
DEPUTY CLERK OF COURT
    FOR THE COURT